UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

December 3, 2009

No. 01-4318

UNITED STATES OF AMERICA

v.

John Charles Kenney, Appellant
(M. D. Pa No. 99-cr-00280)

Present:     HARDIMAN, GREENBERG, and ROTH, Circuit Judges*

1.     Expedited Motion by Appellant to Recall the Mandate;

2.     Appellant's Addendum to Motion to Recall the Mandate;

3.     Response by Appellee to Expedited Motion to Recall the Mandate.

4.     Reply by Appellant to Response by Appellee in Opposition to
       Appellant's Motion to Recall the Mandate

5.     Exhibits in Support of Appellant's Reply to Response by Appellee in
       Opposition to Appellant's Motion to Recall the Mandate

6.     Exhibits in Support of Appellant's Reply to Response by Appellee in
       Opposition to Appellant's Motion to Recall the Mandate

                                          /s/ Dana M. Moore
**Opinion and Judgment Issued on 11/7/02.**     Dana M. Moore, Legal Assistant
**Mandate Issued 11/29/02.**                         (267) 299-4927

_____ **O R D E R** _____
The foregoing motion to recall the mandate is hereby DENIED.


**By the Court,**

 /s/ Thomas M. Hardiman
**Circuit Judge**



Dated: August 20, 2010
DMM/cc: Mr. John Charles Kenney
        Frederick E. Martin, Esq.

_____
\* The Honorable Robert J. Ward, United States District Judge for the Southern District of New York, who was a member of the coram by designation, has since passed away. Circuit Judge Thomas M. Hardiman has been added to the coram.